# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLEAR FORM

Karen Lowy and Daniel Jaffe )
_Plaintiff_ )
)
v. )  Civil Action No. 1:23-cv-00721-JMC
Federal Bureau of Investigation and United )
States Department of Justice )
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Lockwood & Kathryn Ali
Ali & Lockwood LLP
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/17/2023

/s/ Charles Briggs

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CLEAR FORM**

Karen Lowy and Daniel Jaffe )
*Plaintiff* )
)
Federal Bureau of Investigation and )    Civil Action No. 1:23-cv-00721-JMC
United States Department of Justice )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Federal Bureau of Investigation
c/o Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Lockwood & Kathryn Ali
Ali & Lockwood LLP
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/17/2023                         /s/ Charles Briggs
                                         *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLEAR FORM

Karen Lowy and Daniel Jaffe )
*Plaintiff* )
)
v. )  Civil Action No. 1:23-cv-00721-JMC
Federal Bureau of Investigation and United )
States Department of Justice )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Federal Bureau of Investigation
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Lockwood & Kathryn Ali
Ali & Lockwood LLP
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/17/2023

/s/ Charles Briggs
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN LOWY and DANIEL JAFFE,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendants.* | No. 1:23-cv-00721-JMC<br><br>**AFFIDAVIT OF SERVICE BY U.S. POSTAL SERVICE™ CERTIFIED MAIL® RETURN RECEIPT REQUESTED** |

STATE OF NEW YORK   )
                                      )  ss.:
COUNTY OF NEW YORK  )

TREVOR J. HILL, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On March 20, 2023, I served a true copy of the

- SUMMONS IN A CIVIL ACTION,

- COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF,

- CIVIL COVER SHEET,

- NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT and

- NOTICE OF APPEARANCE OF ELIZABETH LOCKWOOD on the following:

FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, DC 20535
US

FEDERAL BUREAU OF INVESTIGATION
CIVL PROCESS CLERK, DC USAO
601 D Street, NW
Washington, DC 20530
US

FEDERAL BUREAU OF INVESTIGATION
UNITED STATES ATTORNEY GENERAL
950 Pennsylvania Avenue, NW
Washington, DC 20530
US

3. I made such service by personally placing a true copy of the aforementioned documents in properly addressed prepaid certified mail envelopes, with return receipts requested, and depositing them into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

_____
TREVOR J. HILL

Sworn to before me this
20th day of March, 2023

_____
Notary Public

ANDREW DANIEL
Notary Public, State of New York
No. 01DA6441082
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires September 19, 20__

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2200 7069 47

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 3.35 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Postmark Here

**Sent to:**
Federal Bureau of Investigation
FBI
935 Pennsylvania Avenue, NW
Washington, DC 20535

**Reference Information**
091154.00001-08328



PS Form 3800, Facsimile, July 2015

---

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2146 2846 22

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 3.35 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Postmark Here

**Sent to:**
Federal Bureau of Investigation
Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

**Reference Information**
091154.00001-08328



PS Form 3800, Facsimile, July 2015

---

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2200 7069 30

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.15 |
| Return Receipt (Hardcopy) | $ | 3.35 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Postmark Here

**Sent to:**
Federal Bureau of Investigation
Atty General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

**Reference Information**
091154.00001-08328



PS Form 3800, Facsimile, July 2015

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414726699042200706947

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:16 am on March 23, 2023 in WASHINGTON, DC 20535.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20535
March 23, 2023, 4:16 am

See All Tracking History

Feedback

---

Text & Email Updates                                                 ⌄

---

USPS Tracking Plus®                                                  ⌄

---

Product Information                                                  ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414726699042146284622

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:02 am on March 23, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 23, 2023, 5:02 am

See All Tracking History

Feedback

**Text & Email Updates**                                                       ⌄

**USPS Tracking Plus®**                                                        ⌄

**Product Information**                                                        ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414726699042200706930

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:02 am on March 23, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 23, 2023, 5:02 am

See All Tracking History

Feedback

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers