UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAREN LOWY AND DANIEL JAFFE<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 23-721 (JMC)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated May 10, 2023, Plaintiffs Karen Lowy and Daniel Jaffe ("Plaintiffs") and Defendants United States Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, report to the Court as follows.

1. This action, filed February 14, 2023, involves a Freedom of Information Act ("FOIA") request from Plaintiffs to the FBI dated July 28, 2022, that seeks records from the FBI as specified more fully in the request with respect to a shooting incident that occurred on April 22, 2022.

2. As stated in a prior status report, the FBI has determined that records responsive to the request are contained in an investigative file which contains over 4,200 pages of potentially responsive documents, as well as two potentially responsive videos. The FBI made its first release of the non-exempt portion of responsive records on July 24, 2023. In addition, as stated in a prior status report, by letter dated August 24, 2023, the FBI advised Plaintiffs that it had reviewed 515 pages and that all of the reviewed pages were withheld pending the result of its

consultation with another government agency,[1] and also advised Plaintiffs by email dated September 5, 2023 through counsel that it processed the two videos referenced above and withheld them in full based on Exemptions (b)(6), (b)(7)(C), and (b)(7)(E).

3. Since the last status report, by letters dated December 22, 2023, January 22, 2024, and February 22, 2024, the FBI advised Plaintiff that it had reviewed 760 pages, 548 pages, and 515 pages respectively. The FBI released a total of 238 pages. The FBI is waiting on responses from another government agency and expects to process those pages in connection with its interim responses.

4. The FBI will continue to process the remaining pages in the investigative file at the rate of 500 pages per month and provide interim response letters and any applicable productions at 30-day intervals.

5. As previously reported, the FBI has identified for Plaintiffs the categories of files contained within the investigative file and Plaintiffs have identified the categories that they would like the FBI to consider placing earlier in the file review to the extent feasible. The FBI had advised Plaintiffs, through counsel, that it would endeavor to process certain of the categories identified within the first two releases as explained more fully in an email dated June 5, 2023.

6. Plaintiffs state they intend to continue negotiating in good faith with Defendants about a productive and efficient path forward, but reserve their rights to seek a more expedited review process. Specifically, Plaintiffs agreed to FBI's proposed production schedule on the

---

[1] When the FBI withholds pages in full, its interim response letter assigns bates-numbers to those pages and releases to the requester fully redacted copies of the pages bearing those bates-numbers for tracking purposes. Thus, fully redacted pages bates-numbered FBI(23-cv-0721)-525 to FBI(23-cv-0721)-1039 were produced with the August 24, 2023 letter.

understanding that they would receive rolling productions of documents on a timely basis. As detailed above, FBI has produced some documents since the last status report, but continues to withhold the majority of records and heavily redact many of the produced records. Plaintiffs continue to reserve their rights to seek relief from this Court if the FBI does not make timely, substantive productions.

7. Pursuant to the Court's order dated May 10, 2023, the parties will file a further status report in 90 days.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*


         */s/ Kathryn M. Ali*
Kathryn M. Ali (D.C. Bar No. 994633)
Elizabeth C. Lockwood (D.C. Bar No. 1029746)
ALI & LOCKWOOD LLP
300 New Jersey Avenue, N.W., Suite 900
Washington, D.C. 20001
(202) 651-2476
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com

3

H. Christopher Boehning (*admitted pro hac vice*)
Jacobus J. Schutte (*admitted pro hac vice*)
Jenifer N. Hartley (*admitted pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
cboehning@paulweiss.com
jschutte@paulweiss.com
jhartley@paulweiss.com

*Counsel for Plaintiffs*