UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN LOWY, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>            Defendants. | Case No. 23-cv-00721 (JMC) |

## SCHEDULING ORDER

**I.   CASE DEADLINES**

It is hereby **ORDERED** that the Parties shall adhere to the following deadlines:

| | |
|---|---|
| Defendants' Production of *Vaughn* Index | February 19, 2025 |
| Defendants' Motion for Summary Judgment | March 19, 2025 |
| Plaintiffs' Opposition and Cross-Motion | April 23, 2025 |
| Defendants' Opposition and Reply | May 21, 2025 |
| Plaintiffs' Reply | June 18, 2025 |

**II.   COMMUNICATIONS WITH CHAMBERS**

The Parties are to communicate with the Court by motion, opposition, reply, or notice, including for requests for extensions or to reschedule hearing dates.

**III.   MEDIATION**

The Court encourages the Parties to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If, at any point, the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral.

**SO ORDERED.**

                                                                   JIA M. COBB
                                                                   United States District Judge

Date: December 9, 2024